# EXHIBIT 42

# The Washington Post

*Democracy Dies in Darkness*

# March on Washington: Sharpton bemoans 'broken promises' as thousands march in D.C.

By **Patricia Sullivan**, **Lori Aratani**, **Dana Hedgpeth**, **Emily Davies**, **Lola Fadulu**, **Marissa J. Lang**, **Meagan Flynn**, **Julie Zauzmer**, **Justin George**, **Teddy Amenabar**, **Kyle Swenson**, **Jessica Contrera**, **Katie Mettler**, **Peter Jamison**, **Michelle Boorstein**, **Michael Brice-Saddler**, **Samantha Schmidt**, **Tom Jackman**, **Justin Wm. Moyer**, **Rebecca Tan**, **Clarence Williams** and **Fredrick Kunkle**

August 28, 2020 9:39 p.m. EDT

Thousands of protesters gathered Friday at the Lincoln Memorial to call for overall criminal justice restructuring and racial equality while honoring the 57th anniversary of the Rev. Martin Luther King Jr.'s "I Have a Dream" address from the same location.

Planning began in June after the funeral of George Floyd. Organizers said they wanted to highlight the civil rights issues of today and bring well-known speakers to address the crowd while also mitigating the spread of the novel coronavirus with strict safety protocols.

The march — dubbed the "Get Your Knee Off Our Necks" Commitment March on Washington — began with speeches from the steps of the Lincoln Memorial, which was followed by a coordinated march to the Martin Luther King Jr. Memorial in West Potomac Park.

## Here are some significant developments:

- As the Rev. Al Sharpton took the podium, an area kept socially distanced since 7 a.m. became crowded with protesters who held up their phones to record his speech.

- Martin Luther King III followed his young daughter by saying that while this march marks the anniversary of his father's famous American Dream, "We must never forget the American nightmare."

- The memory of late civil rights icon John Lewis loomed large, his influence palpable in almost every corner of the demonstration. It was rare for a speech to end without an ode to the late congressman or a reference to his iconic quote about "good trouble."

- Joined by other members of the Congressional Black Caucus, Rep. Joyce Beatty (D-Ohio) called on Congress to pass the George Floyd Justice in Policing Act, which bans police officers from using chokeholds and no-knock warrants. The bill has already passed the House.

**9:39 p.m.**

## The live blog is closed

Please follow The Post's continuing coverage of the March on Washington here.

By **Tom Jackman**

**9:31 p.m.**

## Rain leaves few protesters at BLM Plaza

By 9:15 p.m., the rain had driven all but a few protesters from Black Lives Matter Plaza. Those who remained shouted at police guarding St. John's Episcopal Church, yelling familiar slogans like "Quit your job!" and "Hands up, don't shoot!"

One woman shouted that the crowd should change the slogan to a new one: "Hands up, shoot back!"

Months of protest had brought no change, she said.

"We've been out here doing the same things!" she said. "I'll be the first one to say it!"

Beneath construction scaffolding near 15 and H streets, a young man lay passed out. Protesters passed him, eyeing him uneasily.

"We should try to get him out of the rain," one said.

"Is there a blanket?" asked another.

A woman walked to him and placed a "Defund the Police" sign on his legs, where drips from the scaffolding above were falling. Another protester brought him a Gatorade.

"Put it where someone won't take it!" one said.

So the protester placed the Gatorade between the man's arms before the group walked on.

By **Justin Wm. Moyer**

---

**9:10 p.m.**

# Long day of marching ends with emotion outside the African American museum

As night fell, a group of around 200 protesters who had shut down Interstate 395 and scuffled with police officers on South Capitol Street ended their hours-long march in front of the National Museum of African American History and Culture. Drenched and exhausted, they gathered in the middle of the street, again blocking traffic.

"I want my 40 acres and a mule," Kevin Cramer, a 25-year-old consultant and one of the march organizers said into a microphone.

Black people had every right to protest given their role in American history, he said.

"If I built it," he said, "I can burn it down."

Next up was Bethlehem Yirga, a teacher at Elliot-Hine Middle School in the District, who apologized to the crowd for being hoarse.

"I lost my voice," she said, but continued, even as tears began to fall down her face.

Yirga, 35, said she'd lost 27 students to gun violence in 10 years. Little seemed to be changing.

"When did this go up, someone fact-check me," she said pointing to the gleaming museum.

"2015," a woman in the crowd said, mistakenly, of the museum that opened a year later.

"We built this country on our backs and we got that museum in 2015," Yirga said. Yirga wept as she pleaded for her 3-year-old daughter not to have to grow into the same conditions as she did.

"She should not have to live this life," Yirga said, tears continuing to stream down her face. "Why do we have to do this? Why do we have to do this?"

Cramer concluded the march with a prayer. And they drifted off into the darkness, but not before making plans to protest again the next day.

By **Michael Miller and Michael Brice-Saddler**

---

**8:15 p.m.**

## Protesters splinter throughout the city as storms pass and night falls

After a day of peaceful marches and speeches on the Mall, smaller pockets of protesters and demonstrators remained scattered throughout downtown Washington. As night fell and torrential rains passed, splinter groups spread out through the city, blocked traffic, yelled at police and continued to demand social justice.

Groups at the Wharf in Southwest Washington blocked cars around 7 p.m., with some trying to get a driver out to march with them. Shortly later, about 200 protesters started walking on a ramp onto Interstate 395 before police on bikes followed. A brief standoff ensued, including what appeared to be a demonstrator pushing an officer. The group blocked the interstate before leaving.

At Black Lives Matter Plaza, a small burst of tension sparked just before 8 p.m., with a handful of rowdy protesters yelling at police outside St. John's Episcopal Church.

Other groups continued to remain peaceful, including about 150 demonstrators listening to impassioned speeches near the National Museum of African American History and Culture later in the evening.

Some said they planned to regroup at Black Lives Matter Plaza and Freedom Plaza later in the night for more rallies.

By **Michael Miller, Rebecca Tan and Michael Brice-Saddler**

---

**7:30 p.m.**

# He was in the 5th grade when MLK was killed. Today, he came to D.C. to watch history in the making.

Greg Mills was sitting in class on that April day in 1968, halfway through his lessons, when his fifth-grade teacher abruptly stopped teaching and sent the kids home. School officials in Greensboro, N.C., didn't explain why, but his mother did: The Rev. Martin Luther King Jr. had been killed, and riots had begun downtown.

"She came running up to us and said, 'There's trouble in the streets, get home!'" Mills recalled Friday, sitting outside the World War II Memorial. He displayed a painting he made for the march.

"People were so angry," he said. "They didn't feel heard. Just like today."

On Friday, he stood next to his creation, fist raised, repeating the Toni Morrison quote depicted on the brightly painted piece to passersby: "The function of freedom is to free someone else."

As streams of protesters made their way back from hours of speeches at the Lincoln Memorial, several stopped to snap pictures and marvel at the work. Mills began painting it, he said, the day the Rev. Al Sharpton announced the "Get Your Knee Off Our Necks" march. Thursday night, he bent over the piece in his home in Harlem, coloring in letters, putting on the finishing touches.

"It's supposed to be provocative," Mills said. "To make people stop and think."

He later migrated north, landing in upper Manhattan. Earlier this year, he was one of several New Yorkers drafted to paint the words "Black Lives Matter" on a Harlem street. How far that moment felt from the reality of the little boy he had been, attending a segregated school in a Southern city.

Friday's march, Mills said, felt to him like another step forward.

"We have to be like termites — keep at it until the foundation propping all this inequality up starts to crumble," he said.

Though he wasn't able to get inside the buffer to see the speakers up close, he said, he listened to their voices carry over the Mall and found comfort in watching the waves of young people wander in and out.

"They're the ones who will carry on," Mills said. "It means so much for me to see that. It feels like we can almost exhale."

By **Marissa Lang**

**7:21 p.m.**

## In the downpour, cops and demonstrators caught under the same overpass

When the skies opened up at around 6 p.m., a group of about 400 marchers heading south on 12th Street scrambled to take cover under the closest place available: the Interstate 395 overpass.

As heavy rains came down, the marchers began to chant, sing and dance — a few of them skipping in the rain, with their hands to the heavens — as others strummed guitars or banged on drums and frying pans. It was a carnival atmosphere, as a few marchers lit marijuana cigarettes and others ate snacks from dollies protesters had pushed across town.

One young male protester with a megaphone began spray-painting anti-police messages on the tile walls.

At the other end of the tunnel, about 50 yards away, a dozen police officers watched, the two groups equally immobilized by the downpour.

As the man spray-painted, drawing the gaze of the officers, some protesters called for those with bikes to block the officers' view.

In the no-man's land between the two groups, strange stragglers meandered: a man with a pillow under his shirt and a pig mask that he lifted just long enough to emit pungent smoke, and an older man who was following the group but took offense at a marcher's passionate call to defund police.

"I don't think I agree with what he said," the older man said.

At around 6:30, the clouds parted and the demonstrators started walking again — the bike officers not far behind.

By **Michael Miller**

**7:10 p.m.**

## Coast to coast, protester sees differences

Sheltering from the storm on the National Archives colonnade, Jaylen Welch, 18, reflected on the year he's had. When he started his senior year of high school in Gresham, Ore., a Portland suburb, he never imagined he'd witness violent protests there — then fly to D.C. for a historic march just days before he starts his freshman year at a community college.

Protesting has become a "hobby," he said.

"Even when I'm not protesting, I'm behind the scenes," he said. "It's already opened doors."

Though he came from a city that's seen startling clashes between police, antifa and white nationalists, Welch was impressed with D.C.'s protest game. One major thing was different: Black people. Not just Black people protesting, but Black police officers.

Where he's from, cops don't look like him.

"There are more Black police officers here than I've ever seen in my life," he said. Of protesters, he added: "They're driven. I feel they're out for the cause. Black lives matter to them."

When the rain stopped, Welch walked down the stairs of the Archives into the street. The group he was with had attempted to block the Ninth Street tunnel but had been foiled by rain. But tonight, protesters were gathering at Black Lives Matter Plaza at 11 p.m., and he said he would be there to see what happens.

By **Justin Wm. Moyer**

---

7:05 p.m.

## Visitors from Dayton, Ohio, offer to support protesters as they shut down highway

Just before protesters turned down the Whitehurst Freeway, a mom and her two grown daughters from Dayton, Ohio, leaned over the concrete barricade and called out to the marchers.

"Does anyone need a med kit?" the women asked.

Brittany King, 30, Kristen King, 36, and Patti King, 64, all White, and still wearing neon-green wristbands from events earlier in the day, said they had brought the medical supplies just in case.

"I mean, we watch the news," Brittany quipped.

"We know what's been going on," Kristen added.

The march, they said, was powerful, peaceful and inspiring.

At the event, billed as a "commitment march" meant to underscore participants' dedication to racial justice and criminal justice reform, the King family said it made them feel like they had more work to do. So when they happened upon a group of black-clad demonstrators chanting, "It's a revolution," they wanted to help.

Though they admitted they preferred the tenor of the Rev. Al Sharpton's march, Brittany King said, they supported the protesters doing "what they feel is necessary" to push for systemic change and racial equality.

"We can do more," Kristen said. "We have to do more to make sure things change."

"We will," her mother said, nodding.

As the group began to march down the ramp onto the highway, the women waved before continuing on their way.

By **Marissa Lang**

---

**6:52 p.m.**

## Bored after blocking bridge, women find a way to entertain themselves

Bored and restless waiting for the storm to pass, a few women within the group of protesters that blocked the Key Bridge came up with an idea.

A police cruiser appeared to be watching them from across the street in Washington Circle.

Three women took off their shoes, then leaped out into the road, dancing in the rain. They pirouetted toward the parked officer, then stopped in front of his car.

All at once, they lifted their shirts, exposing their breasts. Behind them, protesters cheered. The reaction of the officer inside the vehicle could not be seen.

By **Jessica Contrera**

---

**6:40 p.m.**

## 'Y'all are on the side of history'

As dark clouds gathered overhead, a group of about 250 marched past the Trump International Hotel, chanting at police gathered there, "You are gonna lose your job."

Later the marchers reached the Mall, where they were joined by about 100 more protesters.

Lightning flickered across the sky to the east over the Washington Monument, when Ty Hobson-Powell took the megaphone.

"They will tell you that what we are doing now is un-American, the right-wing pundits. But the Boston Tea Party was the same thing: standing for what's right. I look out at the crowd and see people, old and young, and y'all are on the side of history," said the 25-year-old organizer with Concerned Citizens of D.C., who works for the University of the District of Columbia.

"I want you to know history will remember you all as patriots."

As rain began to fall, reporters and marchers stood beneath a large metal wind chime art installation related to the history of slavery.

"This is not where you want to be," said a protest medic, noting the lightning.

As the group continued north from the Mall, a young White woman with a black T-shirt over her face knelt to spray-paint on a highway overpass. A group of 20 bike police officers nearby didn't notice.

"We have nothing to lose but our chains," she wrote hurriedly, the blood-red paint dripping down toward the ground.

By **Michael Miller**

---

**6:31 p.m.**

# Outside the White House, activists in orange jumpsuits push for prison reform

They marched in orange jumpsuits with cuffs on their wrists and bags over their heads, representing a group of incarcerated men who they say have endured prolonged solitary confinement in prison.

And as they marched through Black Lives Matter Plaza, they sang.

"Mama, Mama, can't you see what this prison's done to me?"

The activists, led by the Incarcerated Workers Organizing Committee (IWOC) in D.C. and including a daughter whose father was in prison, settled outside the White House. They stood in silent protest for a moment as one held a sign that said, "End Prison Slavery."

They had come to call for the release of 16 men who they said have been in solitary confinement since they were accused of participating in a prison uprising at James T. Vaughn Correctional Center in Smyrna, Del., in which one correctional officer was killed. One man was convicted of murder while others faced lesser charges or were acquitted.

As the 16 people in orange jumpsuits lined up in front of the White House, Qiana Johnson, the executive director of Life After Release, an organization in Prince George's County, Md., spoke through a megaphone.

"I am a formerly incarcerated Black woman in America," she said, speaking passionately about what she called injustices from prosecutors and judges that lead to mass incarceration. "Just because it isn't you doesn't mean it can't be you," Johnson said. "Until we get that mind-set together we will always be in a mental cage."

Johnson, who is also a court organizer with BLM DC, spoke about the disparity she sees between how the criminal justice system treats young Black people compared with young White people.

She used Kyle Rittenhouse, the White 17-year-old charged with fatally shooting two demonstrators in Wisconsin, as an example.

"If it was my son," she said, the police "would have put five bullets in his back. Trust that."

Fariha Huriya, a 31-year-old IWOC activist, said the prisoners would not have believed three years ago that anyone would be calling for justice for them outside the White House.

"Having been one of their closest comrades all these years," she said, "Watching what solitary confinement has done to them, you lose your sense of trust in humanity. They feel almost hopeless inside. … It makes me almost in tears today seeing people stand up for them."

By **Meagan Flynn and Katie Mettler**

---

**6:23 p.m.**

# Activists deepen their commitment to each other in day of protest

Wearing matching red, green and black Black Lives Matter flags as capes, John Meche and Mi-Chael York were among a crowd of stragglers still at the Martin Luther King Jr. Memorial as the sun went down Friday, reading quotes on the wall while drummers and dancers sang and swayed near the King statue. The day unified their different paths to racial justice activism — and their connection as a couple.

Meche, 42, is an Afro-Latino sociology professor in New York City and a longtime activist. York, who is 32 and Black, works in IT in Louisiana. Coming together in D.C. was part of deepening their relationship as men of color, and for Meche to show York more of that part of his life, and for them to face where the nation is together.

"Last night Mi-Chael was saying how emotional this is. We're doing what our parents did, fighting for the same things," Meche said.

York, whose justice work in the past has been focused more on advocating for people in the workplace, has been energized in part by his bond with the more activist Meche.

"My parents went through this, and you think, 'Okay, mom and dad took care of this,' and now we're doing the same thing," York said.

Meche said since 1963 he thinks things have regressed for men of color "in our opportunities, in the country's values" and around equity. That said, the men felt encouraged by Friday's rally and march. They felt it showed unity among activists — including attendees of different races and ethnicities and ideologies.

Both said they come from families that are politically wide-ranging.

"Being an advocate for George Floyd, Breonna Taylor — who's going to tell that story, to our nieces and nephews —" York said.

"And our children," Meche added, as they smiled.

By **Michelle Boorstein**

---

**6:10 p.m.**

# Police arrive to guard St. John's Church

As the sky grew overcast over Black Lives Matter Plaza, some protesters turned their attention away from the makeshift DJ station and to a group of about a dozen officers guarding St. John's Church, where President Trump had staged a photo op two months earlier.

Tensions ticked up after a male protester jumped over the concrete barrier, prompting two dozen more officers to arrive on the scene.

"Whose streets? Our streets!" protesters yelled, raising their fists in the air.

Frustration followed the arrival of the storm. Just before 6 p.m., a White man jumped over the fence surrounding St John's, prompting other protesters to crowd toward the barrier.

"Don't you dare touch him!" one yelled at the officers as they jogged around the perimeter of the church, asking protesters to stay back.

By **Rebecca Tan**

---

**6:01 p.m.**

## On the Key Bridge with protesters and police

Dozens of protesters marched down the middle of the Francis Scott Key Bridge just after 5 p.m. Friday as a protester turned the group's attention to the thick brigade of D.C. police officers on bicycles following close behind.

"Say hello to our boys in blue," she shouted.

The crowd jeered, raised one finger and thrust their hands at the police. They settled onto the hot pavement, some lighting cigarettes, others drinking from water bottles. The smell of sage mingled with the smell of spray paint as demonstrators painted "ACAB" on the concrete retaining wall and "Black Lives Matter" in the middle of the road.

Overhead, dark gray storm clouds gathered.

"For those of you who aren't from here, let me tell you why this is a big deal that we're sitting on this bridge," an organizer said. "This is one of the busiest bridges in D.C. We've now backed up traffic for at least 20-something … miles."

By **Marissa Lang**

---

**6:01 p.m.**

## Group calls for shutdown of D.C.

Carrying a banner with the words "Total abolition for total liberation," a group of about 75 people walked down Constitution Avenue toward Ninth Street on Friday evening. They hoped to block the street at the Ninth Avenue tunnel to "choke the city," one protester said.

It was one of several efforts across the city that sought to block off major entrances to D.C. to show those who converged at the nation's capital earlier in the day that "radical organizing isn't tourism," said one protester who declined to be named but was part of Freedom Fighters DC.

Most of the protesters wore black clothes, and many wore goggles and helmets. One person carried a bat, and another man wore what appeared to be a bulletproof vest.

The protesters in the group chanted an anti-police slogan as they walked by four officers on the south end of the Ellipse. "You can't stop the revolution!" they shouted.

By **Samantha Schmidt**

---

**5:58 p.m.**

## Black mothers who lost sons decry police violence

Black mothers who have lost sons to police brutality hoped to call attention to their grief during Friday's "Get Your Knees Off Our Neck" march.

A group of women, which included more than 50 mothers from Texas, was invited to the event by the National Action Network about a month ago, according to one of the mothers, Conchita Campfield, 64.

Campfield arrived on the National Mall at 6:15 a.m. She patiently waited for volunteer medical students from Howard University to take her temperature. She was then offered gloves, hand sanitizer, masks, and neon green wristbands from volunteers through the National Action Network.

Campfield's son was Gregory Campfield Jr. She said he was killed at age 40 by police officers in Prince George's County on Aug. 9, 2018. She remembers him as a loving father; he coached his son's football team.

"We just need to put the guns down," Campfield, who is from the D.C. area, said. "We're killing each other and we got the gangs in blue that are killing us as well."

Monica Watson, 53, and Carol Harrison Lafayette, 54 were also among the first to be let into the event around 6:40 am.

Watson, who is Black, said she lost her son in 2014 to police brutality in Winston Salem, N.C. "I want to speak out because it's a little small town, and my son's case got swept under the rug," she said.

She took money she budgeted for rent to drive from Durham, N.C., to the march.

This is her first time in the District and she is most interested in hearing from the other mothers. "We got a pain that don't nobody feel but us," Watson said.

The recent police shooting of Jacob Blake in Kenosha moved her to attend. "When I saw that I fell to my knees just like I did when George Floyd got killed," she said through tears.

She hopes being out today brings her a little peace. She had the opportunity to meet a long time friend of George Floyd, Travis Cains, who offered words of comfort.

She said her son, Montez Hambric, 26, was killed by police in Winston Salem on May 25, 2014.

Another mother, Dee Crane, flew in from Arlington, Tex. She said her son Tavis Crane was murdered by police in 2017 in Arlington after a traffic stop when he was 23.

Crane, who is 56 and Black, is fed up with the little progress the country has made.

"They give us little pieces of crumb and expect us to go back to our corners and be happy," she said. "I'm sick of crumbs. I don't want a slice of the pie, I want the whole pie. I need the whole pie. We need the whole pie. Our ancestors made the pie."

Campfield attended Martin Luther King Jr.'s 1963 "I Have a Dream" speech. She pointed to the clearly visible water of the Reflecting Pool around 11 a.m.. Back then, she said, the water wasn't visible because people were standing in it. She remembers meeting people who walked to the District from North Carolina. She saw people set up tents.

"I was a youngster," she said. "I still remember it like it was yesterday."

She said the country has "come a long way, especially to have the first Black president, but we still have a long way to go."

She left around 1:19 p.m. during Al Sharpton's speech citing the crowds. By the time she left, more than 20 people had moved to stand in the Reflecting Pool.

By **Lola Fadulu**

**5:06 p.m.**

## Same spot, but a different scene at Black Lives Matter Plaza

Around 4 p.m., several hundred demonstrators gathered to listen to speakers at Black Lives Matter Plaza.

The crowd, most wearing masks, was a model of peaceful protest. The scene was very different from some of those that unfolded a few hundred feet to the south in May, during protests over the police killing of George Floyd in Minneapolis.

It was there, at the metal fence blocking the northern perimeter of Lafayette Square, that police aggressively forced out demonstrators ahead of President Trump's photo op at St. John's Episcopal Church. It was there, on multiple nights, that demonstrators tried to push down the barriers, faced by rows of U.S. Park Police in riot gear, and where pepper spray and smoke from fireworks choked the air.

But Friday, the fence at Lafayette Square — still covered with hundreds of signs and placards — was quiet. The intersection of 16th and H streets was no longer a battleground. Some stopped to stare through the chain links at the park's empty expanse before moving north to join the crowd.

By **Peter Jamison**

**4:53 p.m.**

## After a day of marching, a long trip back to New York

As the crowds started marching toward the Martin Luther King Jr. Memorial, scores of people split off and walked down Constitution Avenue, tired and hot and, in some cases, making their way to Union Station to catch a bus home.

"This is more people than we really anticipated," said Russell Cheek, a political consultant who works for the New York City Council, as he walked down Constitution Avenue hoping to buy a bottle of water.

Cheek said he helped coordinate buses filled with protesters making the trip from New York. More than 30 buses, filled at less than half capacity for social distancing, drove down to D.C. before dawn, he said.

Some protesters waited on the streets of the Bronx as early as 2 a.m. to catch a bus to Washington.

"A lot of people are tired because it took a lot just to get here," he said.

And many of them still had a long journey home, that same afternoon.

"The buses are pulling out at 4 p.m., with or without you," he said.

By **Samantha Schmidt**

---

**4:50 p.m.**

# Protesters begin rally for police abolition at Washington Circle

At 4:15 p.m., a few hundred protesters gathered at Washington Circle, preparing for a march of their own. A significantly younger crowd had formed, many dressed in black. Some carried body armor, eye protection and respirator masks. An organizer said the gathering included groups from Miami, Detroit, New York, Portland, Ore., Philadelphia and Chicago.

They split up the crowd into smaller groups, advising, "We're all going to the same place."

Organizers said they were going to block a bridge and "shut down the whole city."

"It's a beautiful day to take over Chocolate City," an organizer yelled as a few hundred people prepared to march toward Georgetown.

A few D.C. police cruisers began blocking off the roads ahead of them, while others lined up beside the circle. No officers on foot were in the group.

"We are going to the wealthiest, most gentrified Caucasian parts of the city," the organizer said, promising to disturb people's Friday.

Speakers with the Palm Collective and They/Them Collective, groups that have called for the abolition of the D.C. police department, gave instructions as clusters of protesters began to put on black bandannas and goggles while reciting the National Lawyers Guild hotline number in case of arrests.

Sharpies were passed around so the number could be written on sweaty arms and legs. One speaker advised that if any members of the news media took photos of them, protesters could use an umbrella to block them.

"Do you want a revolution?" a man called.

"Woop! Woop!" the crowd chanted back.

"What do we say?" an activist said.

"I didn't see s---," the crowd responded.

"That's right!" a man called appreciatively.

By **Marissa Lang and Jessica Contrera**

---

**4:31 p.m.**

## Mincing no words, Maryland teacher calls for more de-escalation

Maryland public school teacher Sharlisa Leeks has little patience for those who turn to weapons to settle disputes.

"As a Black schoolteacher working in the 'hood, I've de-escalated so many fights. If I can de-escalate a fight, and keep two kids from killing each other, why can't y'all do that? I'm not equipped with a weapon," she said. "No one gets hurt, and I'm able to keep my students from being suspended. So what's your excuse?"

Watch the full video above.

By **Jon Gerberg**

---

**4:29 p.m.**

## Some marchers find a brief respite in the shadow of the MLK Jr. Memorial

Thousands of protesters who danced and marched from the Lincoln Memorial down 23rd Street seemed to breathe a sigh of relief once they came to the Martin Luther King Jr. Memorial.

Their movements slowed and they wandered through the site, many snapping selfies and tearing open melted granola bars. Hundreds sat dangling their feet over the Tidal Basin. Others picnicked across shaded grass.

Mariah Alo, 27, and O'Shea Johnson, 26, relaxed under a tree, water bottles empty and masks still on.

After months of strict quarantine, it was Alo's first protest of the summer. She spoke of the "ambiance" of the event, saying she felt moved to be around so many people who shared her values.

"But," she said, "it is very, very hot."

She and her friend sat atop their handmade signs, trying to find energy to keep marching.

"We're recharging," she said. "It is needed."

By **Emily Davies**

---

**4:27 p.m.**

## 'Every Case Matters' protest at Justice Department draws hundreds

Gathered outside the U.S. Department of Justice, a crowd of about 200 people circled a pickup truck and listened as the relatives of victims of police violence spoke into a microphone.

The protesters, led by the groups Every Case Matters and Mass Action Against Police Brutality, demanded that the Justice Department reopen all cases of police brutality and prosecute the officers responsible.

Ishtyme Robinson, whose daughter died in 2010, also criticized "the amplification of victims" and of certain names and families "at the expense of millions of Africans slaughtered on this soil."

"We don't get anything personally by fighting individually," she said. "My individual gain is your personal loss because the group is not protected."

"Every case matters!" the crowd shouted, even as a protester spray painted the name of Jacob Blake onto the street. "Every case matters!"

Tawanda Jones, 42, who lost her brother, Tyrone West, said the Rev. Al Sharpton's speech Friday was "just for the cameras."

"Those cameras go off," Jones said. "The pain never goes off. The pain never stops."

Andrew Ocasio, 26, of New York City, asked the crowd: "How many people here know the story of my mother, Sandy Guardiola? None," he said. He told the story of his Puerto Rican mother, who he said was shot and killed by a law enforcement officer during a wellness check in her home.

"There are thousands of stories that we never even heard of. The media wants to keep their eyes closed. They only want to highlight the ones they want to highlight," Ocasio said. "I stand here for the thousands of Sandys we never even heard of."

By **Samantha Schmidt**

**4:00 p.m.**

# Among the marchers, a federal agent demonstrates

Among the marchers was a special agent with the Department of Homeland Security who has been in law enforcement for decades.

On Friday morning, he pulled on a black T-shirt with the names of people who have died at the hands of police printed on the back: Eric Garner, Alton Sterling, Philando Castile. Then on a piece of masking tape, he wrote in bold letters "JACOB BLAKE," the name of the man shot seven times by police this week, and added it to the list.

"He needed to be recognized, just like the others," said the agent, who spoke on the condition of anonymity because of his job.

The agent, who is Puerto Rican and Native American, said he and his wife, who is Black, marched Friday because they believe in all social justice movements — the Women's March, the March for Our Lives and the protests that broke out in the summer after George Floyd and Breonna Taylor were killed by police.

"There's a need for change," he said. "There's a cry."

He understands that cry in his personal and professional life, he said. He grew up in New York and watched his friends die or go to prison. He has experienced racism at football games, and he and wife said they have been racially profiled while driving.

The agent said he and others in his family went into law enforcement to try to make change from the inside. But his attempts to change the racism baked into the law enforcement community has been met with opposition and retaliation, he said.

"I got into it to make a change, and I became part of their problem," he said.

The biggest problem, he said, is White people choosing to stand idly by.

"The only way to kill a snake is to cut its head off. When that snake has reared and given birth to thousands underneath him, it just becomes that more deep rooted," he said. "The poison lives on."

By **Katie Mettler**

---

3:54 p.m.

# Republican convention was hard to stomach, protesters say

For Suzanne Rideout, 61, and Terri Bell, 58, the decision to drive to Washington from Pittsburgh was obvious.

"We couldn't not be here," Bell said. "Given what this all means and this administration. I mean, this is urgent."

Bell watched snippets of the Republican National Convention this past week while preparing for the march, but Rideout said she could not bring herself to stay tuned-in for long.

"It was nauseating," she said, moving her gray Afro out of her face.

"It was — it was obscene," her cousin chimed in. "As a Black woman, there hasn't been one day that I haven't felt the effects of racism, but hearing Trump speak and not acknowledge a single Black and Brown body that has died … it was obscene."

Afriquah Imani, 70, said she also found it hard to watch the GOP convention. "It was too much," she said while resting in the shade along Constitution Avenue. "Too much, too much, too much."

Born and raised in Milwaukee, Imani said she has spent decades as an activist. But as a Black Muslim woman, the past four years have been particularly hard to bear, she said. The shooting of Jacob Blake "just down the street" left her feeling numb, she added.

By **Rebecca Tan**

---

3:46 p.m.

# D.C. police chief says demonstrations were 'very peaceful'

D.C. Police Chief Peter Newsham described the demonstrations as "very peaceful" and said the "mood is very positive."

The chief, interviewed at 3 p.m., said officers were monitoring a group of antifascists gathered at Washington Circle.

"We're hoping they will be peaceful as well," Newsham said.

Meanwhile, officials at D.C. Fire and EMS said they had been dealing with mainly heat-related issues.

As of 4 p.m., the department had treated 106 patients from the rally. Of those, eight were taken to hospitals, while more than 50 were treated at a medical tent.

Vito Maggiolo, a fire department spokesman, said most of the calls were for people suffering from heat-related ailments. The calls, he said, "are rising by the minute. It's nonstop dispatches for various calls."

By **Peter Hermann**

---

**3:41 p.m.**

# March splinters, with some heading to Justice Department

As crowds marched toward the Martin Luther King Jr. Memorial, hundreds peeled off and walked down Constitution Avenue toward the Justice Department, chanting "No justice, no peace, prosecute the police."

Led by a group called Mass Action Against Police Brutality, they marched behind a banner with the words "REOPEN THE CASES." Music blasted from a pickup truck. Four people sat on the back of the truck, holding signs that said "Jail Killer Cops."

"Sharpton wanted people to wait until August for people to do something," Sirad Zahra said into a megaphone at the front of the march. "Here we are, and now they want to walk down memory lane."

She criticized Sharpton's list of demands, saying it lacked consequences for law enforcement. "So we decided to take a direct route on our march," she said. "We are not going to walk down memory lane. We are walking to the Department of Justice. Let's go, y'all."

The group is demanding that the Justice Department reopen all cases of police brutality.

"How can you have a bill in the name of George Floyd that doesn't require the reopening of cases, that doesn't require that cops that are guilty of killing someone actually serve time in jail?" Zahra said. "It's time for justice. We can't wait."

By **Samantha Schmidt**

---

3:26 p.m.

# Deaths that never made the media matter too, a mother says

As the Rev. Al Sharpton spoke, Ishtyme Robinson walked away from the crowds of people gathered around him. She instead marched toward the U.S. Department of Justice, where she planned to meet other mothers of victims of police brutality.

Robinson's daughter, Ahjah Dixon, was 23 when she died in a jail cell in Corsicana, Tex., in 2010. About five years later, Robinson formed Every Case Matters with others families of victims of police violence.

On Friday, they planned to deliver a petition with more than 92,000 signatures demanding that the Justice Department reopen all cases of police brutality, and link them all as one collective case, "as one assault."

"Al Sharpton is not speaking for the masses," Robinson said. "Al Sharpton is speaking for his core group of mothers, his picks. ... But for the rest of us whose stories have never made it into the media, we're just thrown under the bus."

By amplifying certain cases and families, she said, Sharpton is co-opting the efforts to seek justice, and sending a "salient message to the rest of the community that our daughters don't matter."

"He needs to stop trying to speak for us, because he doesn't," Robinson said.

By **Samantha Schmidt**

---

3:19 p.m.

# Black women of Bethesda with a history and a future

Lucy Perez remembered the 1963 March for Freedom and Jobs, which her male relatives were allowed to attend (but not her). Her uncle, she said, operated on the Rev. Martin Luther King Jr. after he was stabbed in New York. The families stayed in touch, and Lucy went into the church with her family for King's funeral.

"I'm sick that I'm still doing this," said Perez, who protests and volunteers for racism-related issues five days a week. "But I am so proud of the way my daughter thinks. She didn't drink the Kool Aid."

"What's the Kool Aid?" asked Nikki Perez.

"Racism," said her mother.

"That it's our fault," said the daughter. "Black people aren't the problem. It's white supremacy. Like women's suffrage wasn't women's problem. The idea that White people own everything. Too often the suggestion is that if we don't act a certain way — it's, just submit and you won't be killed."

Looking around at the masked thousands sitting and standing quietly in the thick, humid air, listening to speeches, Lucy Perez had a word to describe the crowd: "committed."

She remembered when she graduated high school in Brooklyn decades ago and asked her counselor to provide the mandatory signature for her to take the college entrance exam. The counselor refused and instead directed her to menial work.

Nikki said her experience is different from her mother's, but she feels societal changes toward Black people are "performative."

"We may be allowed in the room, but we don't get a seat at the table," she said.

The mix of police killings and the virus and the election, they said, have created "the perfect storm."

"People are exasperated," they said.

However, the plus is that the quarantine has left many people with more time to organize, Nikki said.

"We can't allow this opportunity to be wasted," she said.

By **Michelle Boorstein**

---

**3:06 p.m.**

# From Zanzibar and Kentucky, protesters bond at rally

The lawn in front of the Lincoln Memorial offered many people respite from the crowds circling the Reflecting Pool, and that's where Mahl Ot Sansosa knelt in the grass to write on the Pan-African flag she had brought.

"Nous Sommes Tout Pour Moi," she wrote in marker. It was French for, "We are everything to me," she said.

Originally from Brazil, with a mother from Zanzibar, she said, she brought the flag to represent French Africans and other groups also facing discrimination and abuse.

"We're all under a global oppression," she said.

Feet away, Quenshell Wakefield sat in a plastic chair with her husband, Allen, sitting at her feet. Five months pregnant, Quenshell and Allen had driven from Louisville, where they had been protesting the killing of Breonna Taylor by Louisville police for 93 days.

Every day, Allen Wakefield said, he had been out marching for Taylor. Four days ago, a photo of him sitting in the middle of traffic during a protest with his 3-year-old son, Ayden, had gone viral. Three days ago, he said, police were shooting rubber bullets at him.

"We are tired," Quenshell said. "Tired of being mistreated."

To them, the march represented a safe place. A place people all across the U.S. who have been marching on the streets, facing down police, could be united and feel secure.

"Back home if we did anything like this, police will be there to shut it down, rubber bullets … broken bones," Allen said. "The more people, the less of a threat, [police] are. What can you do to a group this large? We are peaceful protesters."

Around them, kids wearing Black Lives Matter apparel chased each other in play, as the mother of Breonna Taylor choked up during a speech to the crowd.

"I want to be part of the voice to be heard," Quenshell said.

By **Justin George**

---

**3:02 p.m.**

# Black military vets put lives on the line overseas. At home, how safe are they?

Cindy Laws's father fought in Vietnam, she joined the Army and her son joined the Air Force.

And yet, after her family's three generations of service, both overseas and at home, Black military vets like them are still fighting for justice in their own country, Laws said.

She said she came to march thinking of the Black men in her family, namely her 24-year-old son.

"It scares me to death to think my son, who is on active duty in the Air Force fighting for this country, could be pulled over and shot and killed because of the color of his skin," said Laws, a 49-year-old Black Army veteran, now a government contractor. "He can go off and risk his life, put his life on the line, for a country that doesn't care about his."

Her friend, Shelton Cunningham, 54, said he served in the Army overseas in Afghanistan and Iraq. But it has been "sickening," he said, that even in a nation at peace, violence by police and among civilians can at times feel worse than the violence he experienced in the military.

"It's a shame to go to war and come home to this, and it's the same thing," Shelton said, before packing up and proceeding to the march. "There's more gun violence here than over there."

Shelton and Laws were among about 12 military veterans who knew each other from the service and decided to meet in Washington.

Corthie Woods, 42, said she arrived in Washington from Florida two weeks ago so she could complete the city's required quarantine for visitors from states with high rates of the coronavirus.

"I wanted to witness history," she said.

By **Meagan Flynn**

---

**3:02 p.m.**

## Collecting history as it happens

She approached the group of women seated on the 17th Street levee quietly.

"Hi," she started. "I'm collecting people's experiences, if any of you want to share."

She held out a canvas covered in black marker. People's signatures, neat script and jagged scrawls spread across the piece.

Ciara Turner, 30, is a student of history, she said, and ever since George Floyd was killed in late May, she has been documenting this moment in time — the protests, and those who have poured into the streets to be heard.

On this day, the 57th anniversary of the seminal 1963 March on Washington, she said, she has been asking people to reflect on how far the nation has come — and how much further it has to go to achieve true equality.

"So much of our history as Black people has been erased," she said. "This is my small way of protecting that history, preserving it for my children so I can tell them what happened in this moment in time."

A larger canvas hangs in her Northern Virginia home, covered in messages of urgency, anger and pain.

On Friday, people wrote things like: "i'm marching because I can, and therefore I must!"

They immortalized the names of victims of police violence, including George Floyd and Jacob Blake.

When she's done collecting — whenever this moment reaches its conclusion, she said — she wants to donate the canvas to the Smithsonian Museum of African American History and Culture to preserve it, long after her protesting days end.

By **Marissa Lang**

---

**2:57 p.m.**

## With raw emotion, relatives of those injured and slain speak out

As the speeches entered their third hour, the political addresses of the morning gave way to something far more raw: a parade of one Black man and woman after another, each of them the relative of a person murdered or injured in recent years, whose case caught the public attention.

Eric Garner Jr. led the crowd in one of its familiar chants: "I can't breathe."

"It's been six years since my father's words became our words," he said.

Ahmaud Arbery's parents shared their grief. "I'm used to my boy calling me, saying he loves me. Sometimes I'm like, 'He forgot to call me,' " Marcus Arbery said.

Wanda Cooper-Jones, Arbery's mother, encouraged hope amid the mourning: "I do believe if we continue to stand and fight together, we will get change."

Trayvon Martin's mother, Sybrina Fulton, echoed her: "Even though we're going through a crisis, even though it looks dark, I want to tell you to be encouraged. … Don't stop saying 'Black lives matter.' Don't stop peaceful protesting," she said. "Stand up. We was built for this."

One after another, as each speaker came to the podium, the crowd chanted the name of their child or brother or sister or parent. There were so many families of the victims, organizers said there wasn't time for all to speak.

By **Julie Zauzmer**

---

**2:45 p.m.**

# The march and police violence, through the eyes of children

While parents of Black men and women killed by police took the stage, parents of Black children shushed their kids and asked them to listen.

There were hundreds of children in the crowd, riding in strollers, marching in light-up sneakers, carrying backpacks they wouldn't be taking to school this year.

They couldn't see above the heads of all the adults crowded in around the Lincoln Memorial, but still they tried to process all that was happening around them.

"We are here so they can stop shooting us," said Malik Leak, 11.

"White people are not happy that Black people are happy," said Rylee Bates Trenard, 9. Her 6-year-old cousin was wearing a T-shirt with the words "My skin color is not a crime" written across jail bars.

"It's a lot of people here. I usually don't like to be around a huge crowd," said Jahzarah Royal Nichols, 7. "I packed my favorite chocolate and I packed some Gatorade and these are my beach chairs."

Earlier in the week, Jahzarah's mother had shown her the video of Jacob Blake being shot, determined to show it to her daughter before she saw it elsewhere.

"The law is that you can't attack an innocent Black man," Jahzarah's friend Malcolm, 9, said as he scooped up a handful of Goldfish. "It doesn't make any sense. They know that, but they are still doing it."

Behind him, two Black boys chased each other around a tree, playing freeze tag.

By **Jessica Contrera**

---

**2:45 p.m.**

## A fountain of water offers a break from the heat

As George Floyd's brother delivered an emotional speech, a firetruck parked next to the Lincoln Memorial sprayed a powerful fountain of water to help people cool down. Kids and adults alike stepped into the spray, squealing and dancing with glee. They emerged drenched and smiling. It was a joyful scene, offering respite from the heat and intensity of Friday's event.

By **Emily Davies**

---

**2:23 p.m.**

## Bridgett Floyd challenges marchers to take action

When Bridgett Floyd took the podium Friday to speak about her brother, George, the thousands around the reflecting pool erupted in chants of "George Floyd!"

After a brief emotional address by her other brother, she issued a challenge.

"I want you to ask yourself: What will be your legacy?" she asked the sea of people in masks. "Will future generations remember you for your inaction, complacency, or for your empathy, leadership, for weeding out injustices?"

By **Michelle Boorstein**

---

**2:18 p.m.**

## A Minnesota voice: '50, 60 years later, and we're still here.'

Loretta Haynes, 63, still remembers the first time racism found her. She had traveled with her family from Minnesota to the South for vacation. They had stopped at a gas station to use the restroom, then suddenly her stepfather and uncle were rushing her back into the car and speeding away.

"They're following us," she remembers them saying, and she remembers feeling that nothing felt right.

Now, decades later, she knows that what she felt was fear. She was 8.

Haynes was a girl during the first March on Washington, she lived through the assassination of the Rev. Martin Luther King Jr., and she witnessed the uprising this summer over police violence and racism that "busted open" America, she said.

The reckoning began in her family's backyard in Minnesota after George Floyd, a Black man, was killed when a Minneapolis police officer knelt on his neck. This week, she traveled from St. Paul, Minn., to Washington with three generations of women in her family: her nieces Martina Edwards-Golden, 52, and Teneshia Collins, 41, and Collins's 10-year-old daughter, Alaysia Ransom.

They all wore shirts that said "ITS OKAY TO BE BLACK!!" on the front and "MN BLACK" on the back. They marched back home in Floyd's name, and they helped clean up the Twin Cities after weeks of protests. They decided to come to Washington this week — their first time ever traveling to the nation's capital for a protest — because "This is history. For us, for her," Haynes said of Alaysia.

For Edwards-Golden, the march was personal. She worked in nutrition services with Philando Castile, the Black man who was shot and killed by Minneapolis police. Her nephew, Marcus Golden, was shot and killed by St. Paul police Jan. 14, 2015.

Collins, who works at the University of Minnesota, said that for her, it's hard to reconcile that people in Washington today are fighting for the same things that brought marchers to the capital decades ago.

"This is crazy," she said. "Fifty years, 60 years later, and we're still here."

By **Katie Mettler**

---

**2:16 p.m.**

## Crowd overflows as protesters surge to the Mall

They descended on the Mall from all directions, carrying messages on signs and on their already sweat-soaked T-shirts: "Unbreakable," said one. "B — don't kill my tribe," said another. "Good trouble," read a tank top commemorating John Lewis. One woman wore a dress that simply said: "Nah."

By noon, the crowds stretched far beyond the area that required a temperature check to enter. Thousands lounged in the grass around the Vietnam Veterans Memorial, listening to speeches and slipping down their masks to sip water.

They cheered as speakers talked of Sen. Kamala D. Harris, of America's teachers, of the responsibility to vote.

Sharilyn Wagner, 71, rested on a bench, fanning herself with a sign that said, "I don't understand how you don't understand."

"The lines were so long and my back was hurting, so I couldn't get my wrist band," she said.

She had taken vacation from her job as a bus driver, flown from Austin to Baltimore, then taken a $70 taxi ride to get here at 8 a.m.

"There were ones that have gone on and paved the way for us, Martin Luther King Jr. And John Lewis, but my generation hasn't come that far," she said. "But I believe in this younger generation, oh yes I do. I just know that the young people are going to take us where we need to be" — she pointed to a reporter's phone — "with all that high tech and stuff."

She watched the crowds passing by her, noticing just how many of the young Black women were wearing braids. In 1978, she said, she was told she couldn't wear her long braids while she worked as a bus driver. She had to remove them as she fought the rule through her union. She won.

Today, gray ringlet curls framed her Chanel mask as she listened to Martin Luther King III speak of the "American nightmare." Wagner had been in middle school — a segregated middle school — 57 years ago when his father stood in the same spot.

When she came home that day, she saw the speech on a small black-and-white TV. Her parents, who had grown up picking cotton, told her that man was "making good sense."

Now she would have the chance to tell her children, grandchildren and great-grandchild about this day.

By **Jessica Contrera**

---

**2:15 p.m.**

## Jacob Blake's father speaks as Kenosha death sharpens urgency of the March

The shooting of Jacob Blake in Kenosha, Wis., the most recent police shooting to shake the nation, sharpened the urgency of the march, and as the speeches at the Lincoln Memorial neared an end, Blake's family took the podium.

"There are two systems of justice in the United States. There's a White system and a Black system," Blake's father, Jacob Blake Sr., said. His own father joined the march in 1963, he said.

"We're tired. I'm tired of looking at cameras and seeing these young Black and Brown people suffering. We're going to hold court today. We're going to hold court on systemic racism," he said, then led the crowd in proclaiming the country "guilty, guilty, guilty."

Letetra Widman, Blake's sister, spoke to the Black community.

"Black America, I hold you accountable. You must stand. You must fight, but not with violence and chaos," she said. "Black women, you are your brothers' keeper …. Black children, read! Learn! Grow and live and question everything. Black men, stand up. Stand up, Black men! Educate yourself and protect the Black family unit."

By **Julie Zauzmer**

---

**1:52 p.m.**

# Sharpton breaks down the reasons for organizing a march in Washington

The Rev. Al Sharpton promised this march on the day of George Floyd's funeral. He hadn't made any plans yet, or done any of the logistical legwork it would eventually take to pull off a civil rights march in the midst of a pandemic. But he knew he would do it: another march on Washington, in the tumultuous summer of 2020.

As Sharpton took the podium, one woman yelled "I love you, Al" and people began breaking through fence barriers and piling into the VIP area beneath the steps of the Lincoln Memorial. The area, which had been kept socially distanced since 7 a.m., became instantly crowded with protesters who held up their phones to record Sharpton's speech.

Standing on the steps of the Lincoln Memorial looking out at that idea come to fruition, Sharpton offered a history lesson, and an exhortation.

In 1863, he said, the man honored behind him in monumental marble signed the Emancipation Proclamation. "He promised us full citizenship if we fought to save the union. He promised us 40 acres and a mule. We never got full citizenship. We never got the reparations. We come to Lincoln [Memorial] to say we are tired of broken promises," Sharpton said.

A century later, in 1963, the marchers on Washington brought their lunches in brown bags because restaurants wouldn't serve them. Sharpton celebrated the progress that means today's marchers could stay in any hotel in the city.

But as he introduced relatives of Breonna Taylor and George Floyd to speak of today's Black grief, Sharpton spoke of the long way that still remains.

"America, we need to have a conversation about your racism, your bigotry. We need to have the conversation about how you would put your knee on our necks while we cry for oxygen," Sharpton said. "We've gone from Bull Connor to Bull Trump. We've gone from a mean-spirited sheriff to a mean-spirited president."

Like almost every speaker, Sharpton focused above all on the importance of voting in November.

"We don't care how long the line is. We don't care what you do. We're going to vote: not for one candidate or another, but we're going to vote for a nation that will stop the George Floyds, that will stop the Breonna Taylors," he said. "For too long, you acted like we didn't matter. They say, 'well, everybody matters.' But everybody hasn't mattered the same in America. The reason we had, and we still have to say 'Black Lives Matter' is because we get less health care like we don't matter. We go to jail longer for the same crimes like we don't matter. … Black lives matter, and we won't stop until it matters to everybody."

By **Julie Zauzmer and Emily Davies**

---

**1:46 p.m.**

# MLK's 12-year-old granddaughter: 'We will fulfill my grandfather's dream'

Yolanda Renee King stood in a black-and-white jumpsuit, barely taller than the lectern as she spoke from the very steps that her grandfather etched indelibly into American memory. At age 12, she is the young inheritor of Martin Luther King Jr.'s vision, and of his oratorical gifts.

"We are the great dreams of our grandparents," she boomed out from the Lincoln Memorial. "We will fulfill my grandfather's dream."

"Less than a year before he was assassinated, my grandfather predicted this very movement. He said that we were moving into a new phase of the struggle: the first phase was civil rights, and the new phase is genuine equality. Genuine equality is why we are here today," she said. "He said that we must not forget the days of Montgomery. We must not forget the sit-in movement. … Papa King, we won't!"

She pledged her hope in Generation Z: "We are going to be the generation that dismantles systemic racism, once and for all."

Calling himself a "proud dad," Martin Luther King III followed his young daughter by saying that while this march marks the anniversary of King's famous American dream, "We must never forget the American nightmare."

"We still struggle for justice, demilitarizing the police, dismantling mass incarceration," said King, who was 10 years old when his father was assassinated. He focused much of his speech on the importance of overcoming voter suppression. "There's a knee upon the neck of our democracy, and our nation can only live so long without the oxygen of freedom."

King praised the marchers as resembling the "coalition of conscience" that his father spoke of, as they marched aware of the dangers of coronavirus: "We are socially distant but spiritually united. We are masking our faces but not our faith in freedom."

While King quoted from many of his father's most famous phrases, he said that today's activists, working to achieve the voting rights that their predecessors fought for, should not become too mired in the past. He urged civil rights activists to join and support today's protest movements, including the Women's March, Parkland students' March for Our Lives, and the climate movement.

"If Dad were here today, I'm sure he would implore us not to deify him or selectively quote him where convenient," he said. "He would gently but intently challenge us not to dwell upon the past. … We must become the heroes of the history we are making."

By **Julie Zauzmer**

---

**1:17 p.m.**

## Sen. Kamala Harris: 'We have an opportunity to make history'

Sen. Kamala D. Harris, the Democratic vice-presidential nominee, spoke to marchers in a recorded video.

In an address focused on the historic leaders whose protests led to this time, Harris expressed hope that Friday's movement would bring change.

"If we work together to challenge every instinct our nation has to return to the status quo … we have an opportunity to make history, right here and right now," she said.

While noting that the 1963 March on Washington was organized by labor leaders, the top officials of several unions also spoke at the 2020 march.

Randi Weingarten, who leads the American Federation of Teachers, said the "shameful condition" that Martin Luther King Jr. spoke about "has not been cured; it's been metastasized."

Weingarten spoke of a Psalm she recites at her synagogue, and said, "Those of us who are White, we need to be real allies and real supporters … We must call out those who cling so tightly to their privilege that it is an oppressive tool against equality."

By **Julie Zauzmer**

---

**1:08 p.m.**

## Congressional Black Caucus calls for ban on police chokeholds, no-knock warrants

Joined by other members of the Congressional Black Caucus, Rep. Joyce Beatty (D-Ohio) called on Congress to pass the George Floyd Justice in Policing Act, which bans police officers from using chokeholds and no-knock warrants. The bill has already passed the House.

"We are here today because people died and were denied civil and economic rights," Beatty said. "We are here today because George Floyd had a knee on his neck. Eight minutes, 46 seconds. Black lives matter."

She continued: "Silence is not an option because Black people face a symbolic chokehold every time we walk, speak up, shop, jog, drive and, yes, breathe."

Beatty went on to quote Martin Luther King Jr., restating: "In America, a riot is the language of an unheard people."

Before concluding her speech on the steps of the Lincoln Memorial, Beatty called on the crowd before her to "go vote, go vote, go vote, go vote. And, yes, I'm congresswoman Joyce Beatty, and I approve this message."

By **Teddy Amenabar**

---

**1:08 p.m.**

## Marchers honor the memory of Rep. John Lewis and 'good trouble'

The memory of late civil rights icon John Lewis loomed large over Friday's protest, his influence palpable in almost every corner of the demonstration.

It was rare for a speech to end without an ode to the late congressman or a reference to his iconic quote about "good trouble."

The Rev. Keith Byrd of Zion Baptist Church got the crowd on its feet with the words: "Let's get into some good trouble. Let freedom ring."

As throngs of people waited in line to get their temperatures checked, one woman streamed down the line cheering, "Good trouble. This is good trouble."

James Barry, 54, had last stepped foot on the Mall to pay his respects to Lewis (D-Ga.) during his public viewing. Lewis had been his guiding light since he was a boy in Baltimore, he said.

Barry recalled a childhood spent being bused to school in a White Baltimore neighborhood. As race riots broke out around him, he found hope in thinking about Lewis. Just like the thought of a man determined to achieve justice gave him comfort as a child, it served as a profound source of motivation for his participation in Friday's march.

"He didn't wait for the fight to come to him, he brought the fight," said Barry, an employee with the Treasury Department. "And that is what we are doing here today."

He leaned over a fence, dressed in a "Good Trouble" T-shirt and a mask that read "Vote.," and watched the crowd move and sway before him.

Barry said he felt a heightened sense of responsibility to show up at Friday's march now that Lewis is gone. With many of the civil rights giants no longer living, he said he wants to carry their torch for younger generations.

"These children need somebody to blaze the trail for them, to open it up so they can get through," he said, pointing to a young girl listening from a shaded patch of grass.

By **Emily Davies**

---

1:04 p.m.

## 'We shouldn't still be having to do this,' marchers say

As the public-address system blasted the voices of the speakers on the steps of the Lincoln Memorial across the Mall, Bryan Edwards, 35, stood in the grass near the monument considering Friday's march in terms of history — and history's failures.

"We shouldn't have to still be doing this," said Edwards, who traveled with friends from New York for the march. "When Martin Luther King appeared on these steps, that should have been the peak moment. But the racism continues, so we have to keep coming out and keep coming out, again and again."

"See, I don't care about any of that," his friend Mahl Ot Sansosa, 37, cut in. "I don't care about American politics or American history," she said, saying she was attending the march because she has a parent who was deported.

Sansosa explained that her father had been deported in 1996 but didn't provide other details.

"The United States has tried to destroy many people and countries, including mine," Sansosa said. "I'm here to show that they didn't destroy me. I can still be here."

By **Kyle Swenson**

---

12:43 p.m.

## Law enforcement is a low-key presence at Friday's march

The law enforcement presence by midday Friday was far more limited than the tension-filled standoffs the city has seen in the summer and attracted little attention from protesters.

Where military tanks had once blocked off streets, protesters saw D.C. garbage trucks instead. U.S. Park Police passed easily through the crowd gathered near the gates around the Lincoln Memorial. Satellite-topped TV trucks outnumbered police cruisers on 23rd Street.

Protester Michellene Bonney, 32, wore camouflage and stood close to her boyfriend, scanning the area and trying to "remain vigilant," she said.

But she said she hadn't seen many officers.

"Coming to this event, we were like, 'What precautions do we need to take?' " she said. "But we are thinking because this march is so televised, it won't be treated in the way that other protests were."

By **Jessica Contrera**

---

12:31 p.m.

# Minister traces police violence back 2,000 years

The Rev. Jamal Bryant started his speech with history more than 2,000 years old, comparing the American police officer shooting Black father Jacob Blake in the back to the Romans who stabbed Julius Caesar.

Blake's shooting was the most "heinous crime" since Caesar's assassination in 44 B.C., Bryant said.

"Today, while it is that you stand, Jacob Blake finds himself paralyzed from the waist down," Bryant said. Then he spoke metaphorically about the Black community: "Even when you render us paralyzed, we still know how to crawl. And on November 3, we're going to crawl to the polling places no matter what you do. If you take away the mailboxes, we're still going to crawl."

Bryant had harsh words for those who endorsed President Trump at the Republican National Convention this week, comparing them to slaves, and for Black Americans who aren't sure whether to support Sen. Kamala D. Harris (D-Calif.), who would become the first Black vice president if elected.

"Don't tell me about what it is that she did in the past, and you not tell me about what she wants to do in the future. She wants to make sure we get rid of private prisons, that there are no more mandatory minimums, and marijuana is no longer an illegal substance," he said.

A pastor, Bryant also criticized both Black and White churches that do not support social justice movements. He castigated Black churches that are uncomfortable joining racial justice movements that have LGBT leaders, and White churches that align with conservative politicians.

"Don't tell me you're pro-life, and White evangelicals are silent while Black people are dying in the streets," he said.

By **Julie Zauzmer**

---

**12:24 p.m.**

## Lawmakers pledge to work toward healing, justice and systemic changes

On the steps of the Lincoln Memorial, Rep. Ayanna Pressley (D), the first Black woman elected to Congress from Massachusetts, said the current March on Washington came about because of the "sacrifice and self-determination" of all Black ancestors, not only the men and women reported "in our history books."

"The truth of the matter is we are because of them," Pressley said. "We will work toward healing, justice and liberation like our lives depend on it."

Rep. Adriano Espaillat (D-N.Y.) called for a robust package of federal legislation to address marchers' concerns — including criminal justice changes, police reforms and voting rights expansion.

"Let's get rid of the chokehold. Let's get rid of the knee," he shouted, saying Congress could achieve such goals. "Let's do away with the death penalty. Let's do away with solitary confinement. Let's do away with mandatory minimums."

By **Julie Zauzmer and Teddy Amenabar**

---

**12:15 p.m.**

## Arab American leader says she represents 3.7 million at march

Maya Berry, executive director of the Arab American Institute, told the crowd assembled in front of the Lincoln Memorial that she will march on behalf of 3.7 million Arab Americans.

"We do so because it is right and — regrettably — because it is necessary to declare that Black lives matter," Berry said.

Berry apologized to families who have lost their loved ones to police violence.

"Until the killing of Black men, women and children stops, until systemic racism and anti-Blackness is addressed, the America that we all desire cannot be realized," she said.

"Here's the simple truth: It has been 168 days since Breonna Taylor was killed in her own home," she said. "The system is not broken. It is working as it was designed, and we must change it."

By **Teddy Amenabar**

---

12:14 p.m.

## Demonstrate, then vote, minister tells crowd

The Rev. Franklyn Richardson, a New York minister who chairs the Rev. Al Sharpton's National Action Network, exhorted the crowd that no amount of protesting and demonstrating matters unless it is paired with voting.

"This will be a mockery if we do not deliver ourselves to the polls. This will be a disgrace if we fail to engage our resources on our own behalf," he preached.

"If we fail to bring out our vote … all that we have fought for, all that our forefathers and mothers have died for, is at risk of being lost," he said. "Blood that has been shed for our freedoms is on the line."

Despite that dark prospect, he said, "We still believe in America's promise."

By **Julie Zauzmer**

---

11:55 a.m.

## 'We were really close to them.' Chicagoans come to say friends' names.

The group of 17 young women and teenage girls left Chicago at 3 a.m. Thursday to catch a flight to Washington to say the names of their two friends, Antwainisha Bratcher and Tajanay Samuels, at the Lincoln Memorial.

The two 19-year-old Black women were killed in Chicago, lost to gun violence. Their friends said in D.C. that they are still fighting for justice in those cases. A Chicago Sun-Times story said Bratcher and Samuels were sitting in a car about 8:30 p.m. May 26 when they were shot.

For the two women's friends in She Chicago, which advocates for female empowerment, Friday's march is personal.

"We were really close to them. We don't know who did it," said Dominicca Washington, executive director of She Chicago. "There's no justice. So, we are here to acknowledge the loss of Black female lives as well."

As one in the group spoke Bratcher's and Samuels's names, she broke down in tears, stepping away as others in the group moved to comfort her.

"We were really close to them," Washington repeated.

By **Meagan Flynn**

---

**11:49 a.m.**

## Long waits to enter rally were no deterrent for marchers

Thousands snaked through lines on the Mall, awaiting temperature checks and wrist bands as the "Get Your Knee Off Our Necks" March on Washington began.

In some cases, there was little social distancing as the crowds moved closer to the Lincoln Memorial and the calls for justice boomed louder from the speakers. Most participants, however, did wear masks.

Volunteers pointed digital thermometers at foreheads as people pushed forward. Those who passed were given wrist bands.

"Over 98.5, you're not getting no wrist band!" yelled one volunteer, urging those whose temperatures were too high to cool down, drink some water and try again later.

Even though it took some as long as a half an hour to find the end of the line, those who came said they would wait as long as it took to join the march.

The Chairs family — 12 cousins and sisters in matching red shirts — said they drove from Lansing, Mich., to be in D.C. on Friday.

"It's systemic, everything that's happening," said Zahna Chairs, 26. "It's not just in police brutality, but it's our health as well."

Rodney and Amanda Selman held their three sons' hands, saying they had been waiting an hour and a half but wanted their children to see the event. "I told them, this is history. They'll look back on this and tell their own kids one day," Rodney Selman said.

By **Meagan Flynn**

---

11:45 a.m.

## 'Vote like your life depends on it,' says attendee who rode motorcycle from California

Porsche Taylor led a group of more than 100 women who rode motorcycles across the country to be at the march. They started Monday in California.

"We are our ancestors' wildest dreams," she said about her organization, Black Girls Ride, which she described as "a movement of women passionate about motorsports."

On the long ride, Taylor said, she thought about those who had been killed by law enforcement. Riding through Texas, she thought about Sandra Bland, she said.

"With each act of senseless violence, we feel a stirring in our collective soul," she said. "We raise our throttle hand in support of those in the front lines of our struggle."

The next ride, she said, will be to the polling places. "Vote like your life depends on it," she concluded.

By **Julie Zauzmer**

---

11:41 a.m.

## 'Injustice has no color:' Demonstrators from across the country feel momentum

At 10:30 a.m., about a dozen rows of chairs in front of the Lincoln Memorial stairs were filled with early arrivals. Some had come a long way.

David Jones, 56, flew in from Houston. His brother, Alford Jones, 64, came from Michigan.

Both arrived in D.C. at 9 p.m. Thursday, went to a hotel and woke up at 5:30 a.m. to get in line and grab one of the few seats.

"We wanted to be a part of the march to support social change," said David Jones, pulling his face mask down to speak. "Not just in Houston or Michigan but the whole country."

The Jones brother said they feel momentum in the air. They say the month's events have proved to them that change is here. Instead of being discouraged by the police shooting of Jacob Blake or the shootings at Kenosha, Wis., protests on Tuesday, the Jones brothers say they see America more united for racial change than ever. Proof, they said, is the number of companies that have spoken out and professional sports teams that have decided not to play in support of the cause.

"It feels like for the first time there's movement," Alford Jones said. "It's so diverse. It's not a Black movement. People are coming out from all over. You see it today. Injustice has no color."

By **Justin George**

---

**11:37 a.m.**

## 'I knew I would be here today': Thousands demand racial justice at March on Washington

Just past dawn Friday, more than a half-century after Martin Luther King Jr. stood on the Lincoln Memorial's marble steps and offered his vision for a fair and righteous America, thousands of protesters descended on the nation's capital at the end of a summer that has laid bare just how distant the fulfillment of his vision remains.

Among them was Marilyn Boddy, 62, who had never attended a protest in her life. As a decades-long federal employee, Boddy had always been reluctant to join in public demonstrations, but that changed when she heard the Rev. Al Sharpton eulogize George Floyd, who died in May beneath the knee of Minneapolis police officer.

"It was right there, in the emotion of that moment, that I knew I would be here today," she said, describing the anger and anguish that shot through her while watching on TV from her New Jersey living room.

On Friday, 200 miles south, she wore a mask inscribed with "BLACK LIVES MATTER" and a red T-shirt featuring the same words, surrounded by the faces of 11 dead Black people: Floyd, Ahmaud Arbery, Trayvon Martin, Sandra Bland, Tamir Rice, Mike Brown, Eric Garner, Sean Bell, Jordan Davis, Rayshard Brooks, Breonna Taylor.

Read the full story here.

By **Emily Davies, Lola Fadulu and John Woodrow Cox**

---

**9:37 a.m.**

# Band plays 'A Change is Gonna Come' at Lincoln Memorial

Just before 9 a.m., a band played "A Change Is Gonna Come" to hundreds of people who sat in folding chairs spaced six feet apart beneath the steps of the Lincoln Memorial.

Speakers, public figures and families affected by police violence were invited to sit in the fenced-off area between the Memorial and the Reflecting Pool. A row of empty chairs in the front was reserved for members of Congress.

As the first speakers took the podium, the credentialed guests stayed socially distanced with umbrellas over their heads to block the sun and handmade posters resting in their laps.

Meanwhile, a crowd trickled into the grassy lawn behind the fenced-off area. They sat in clusters and listened to speeches echoing from large speakers, occasionally erupting in cheers.

By **Emily Davies**

---

**9:06 a.m.**

# Group from Milwaukee walks 750 miles to join D.C. rally

A group of people, who walked from Milwaukee, arrived at the Lincoln Memorial at 7:37 a.m. Friday to participate in demonstrations.

"We had to do over 30 miles a day each day on this march, and that made it more difficult," said Frank Nitty, 39, who led the 750-mile journey that started in early August.

"All the blisters, all the pain in our legs, our feet, and on our journey we've been through so much," he said.

About 20 people joined Nitty when he set out, but more people joined as they passed through cities. By the time the group arrived at the memorial Friday morning, there were 70 people.

The journey was tough, Nitty said. Walkers were blocked from using bathrooms at gas stations. They said they were called the n-word. They were hit by a car.

Orsino Thurman, 37, who was also involved in the walk, said he was shot by a man and hospitalized in Bedford County, Pa. He said he wasn't deterred.

"We made it, wasn't nothing going to stop us," Thurman said.

By **Lola Fadulu and Marissa Lang**

---

**8:52 a.m.**

# Photos: The morning before the march

By **Tim Richardson**

---

**8:18 a.m.**

# Police brutality, voting rights, racial justice: Echoes from 1963's March on Washington

On Friday, legions of Americans will descend on the nation's capital resolved to take advantage of "the fierce urgency of now," a phrase coined by Martin Luther King Jr. on the very same day in 1963.

The full name of that historic gathering on Aug. 28 was called the March on Washington for Jobs and Freedom. This time, it's the Get Your Knee Off Our Necks March on Washington.

As if more than half a century ago had hardly passed, the two events partly mirror each other in theme: police brutality, voting rights and new legislation to ensure equal treatment. Both the 1963 march and the Friday event — co-sponsored by the Rev. Al Sharpton's National Action Network, the NAACP, the National Urban League, the Lawyers' Committee for Civil Rights Under Law and others — share the goal of pressuring lawmakers to act. The 1963 march helped spur the passage of the Civil Rights Act of 1964. The 2020 gathering aims to assure that the John R. Lewis Voting Rights Act of 2020becomes law, as well as a robust police reform bill named after George Floyd, who died in a police killing in May in Minneapolis after an officer knelt on his neck.

The parallels point to the racist policies, behavior and ideas that stubbornly persist, despite the great strides African Americans have made since the 1960s, said Leonard Steinhorn, a professor of communication and affiliate professor of history at American University who lectures about American politics and the 1960s.

See the full story.

By **Sydney Trent**

---

**8:11 a.m.**

## First-time protesters line Constitution Avenue near the Lincoln Memorial

The line spilled down Constitution Avenue and turned onto Henry Bacon Drive, flanking the Lincoln Memorial with swarms of masked people carrying posters, bullhorns and backpacks of snacks in preparation for a long day on the Mall.

In line stood first-time protesters from across the country, who said that the killings of George Floyd and Breonna Taylor were seminal moments in their lives.

Marilyn Boddy traveled from New Jersey for her first protest in 62 years.

"Breonna Taylor hit me deep," said Boddy, who is Black. "If you are not comfortable in your own home, where are you safe?"

Standing with her cousin in matching red shirts, Boddy adjusted a plastic bag that held a sausage sandwich and other snacks from her hotel.

"We are sick and tired," she said. "At this point I'd crawl over glass to be here."

Janice Orgaro, who described herself as "over 70," flew in from Georgia to march in her first protest.

"I flew here to make a statement that we matter," said Orgaro, who is Black. She wore a homemade shirt that read "Always Remember The Struggle of Our Ancestors."

Though she says her friends tell her she should be, Orgaro is not a history teacher. But she said she hopes the history of the United States — "built on the backs of Black people" — will be a centerpiece of today's march.

"This is not just one day," she said. "It's our history on display."

By **Emily Davies**

---

**7:30 a.m.**

# Mothers who lost sons to police brutality among those first in line

Mothers who said they have lost sons to police brutality were among the first to get their temperatures checked Friday before entering the "Get Your Knees Off Our Necks" demonstration in Washington.

Monica Watson, 53, said she lost her son in 2014 to an incident of police brutality in Winston-Salem, N.C.

"I want to speak out because it's a little small town, and my son's case got swept under the rug," she said.

Another mother, Carol Harrison Lafayette, 54, said her son was jumped by five Dallas police officers in 2017, and she witnessed the encounter.

"I stood there, and I actually watched them jump on my son," she said. "Not only did they jump on him when they hurt my son, they took him to jail, instead of the hospital."

Medical students from Howard University are among those who volunteered to take people's temperatures. Volunteers through the National Action Network passed out gloves, hand sanitizer, masks and neon green wristbands to participants as they entered the rally.

By **Lola Fadulu**

---

**7:13 a.m.**

# 25-day walk to D.C. brings racism, arrests and a sense of urgency for March on Washington activists

Before police shot a Black man from Wisconsin seven times in the back at point-blank range, before the National Guard was called in amid nightly unrest, a group of Milwaukee activists set off on a protest march calling for an end to racist policing and injustice that would wind through mountains and cross state lines.

In cities big and small, they raised their fists and chanted, "Black lives matter." In sleepy suburbs, they marched and bobbed down empty streets to the beat of music from a tinny cellphone speaker or the windows of a support vehicle in their growing caravan.

They were heading to the 2020 March on Washington the old-fashioned way: by putting one foot in front of the other.

Led by Milwaukee activist Frank Sensabaugh, better known as Frank Nitty, the group began its trek in a Milwaukee parking lot on Aug. 4.

Twenty-five days later — after arrests, a shooting and countless conversations with angry and frightened White residents worried that a "Black lives matter" chant was a foghorn warning of violence — the group plans to arrive early Friday in the nation's capital, where Nitty will take the stage at the Lincoln Memorial.

See the full story.

By **Marissa Lang**

---

**6:44 a.m.**

# Civil rights rally closes streets in downtown Washington

A large section of downtown D.C. will be closed to traffic and street parking on Friday to accommodate the civil rights march and related demonstrations.

Beginning about 6 a.m., D.C. police were shutting down roads generally south of L Street NW between 12th and 18th streets, down to Constitution Avenue.

Constitution Avenue will be closed from 12th to 23rd streets, and all streets around the Lincoln Memorial will be blocked off. Independence Avenue will be closed from the Arlington Memorial Bridge to 12th Street SW.

No-parking orders will be in effect beginning at midnight on Friday.

By **Marissa Lang**

---

**6:41 a.m.**

# What you need to know about the civil rights rally in D.C.

Friday's civil rights rally timed to the 57th anniversary of the Rev. Martin Luther King Jr.'s seminal "I Have a Dream" speech, delivered in 1963 from the steps of the Lincoln Memorial, is expected to bring thousands to the same location on the Mall.

Headlined by the Rev. Al Sharpton, who will be joined by King's eldest son, Martin Luther King III, and family members of several men and women who were killed by law enforcement officers, the demonstration will conclude a week of large-scale events in the nation's capital, including days of protests and a fireworks display Thursday night over the Washington Monument to mark the end of the Republican National Convention.

The Friday march — dubbed the "Get Your Knee Off Our Necks" March on Washington — will take place in D.C. as the region continues to navigate a still-raging coronavirus pandemic. March on Washington organizers initially thought at least 100,000 people would gather, but a permit issued Tuesday indicates they now expect about 50,000 people will attend.

See the latest in our FAQ.

By **Marissa Lang**