UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL HILL BAPTIST CHURCH,<br><br>    Plaintiff,<br><br>    v.<br><br>MURIEL E. BOWSER, *et al.*,<br><br>    Defendants. | Civil Action No. 20-2710 (TNM) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants submit the attached declaration by Dr. LaQuandra Nesbitt, M.D., M.P.H. in support of their opposition to plaintiff's motion for preliminary injunction [3]. Dr. Nesbitt is the Director of the District of Columbia Department of Health, and the District of Columbia's (the District) lead public health official. As noted in Dr. Nesbitt's declaration, she and the Director of the Homeland Security and Emergency Management Agency, Dr. Christopher Rodriguez, provide consultation "to implement any measures as may be necessary or appropriate to protect persons and property in the District of Columbia from the impacts of COVID-19." Given the pressing nature of Dr. Nesbitt's official duties in responding to the COVID-19 pandemic in the District, she was unable to submit this declaration earlier as part of the District's opposition [15]. However, given the exceptional importance of this matter, and the serious consequences that would result from plaintiff's requested relief, Dr. Nesbitt's declaration is submitted now for the Court's consideration.

Dated:  October 9, 2020.          Respectfully submitted,

                                  KARL A. RACINE
                                  Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Pamela A. Disney
PAMELA A. DISNEY [1601225]
CONRAD Z. RISHER [1044678]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 807-0371
pamela.disney@dc.gov

*Counsel for the District of Columbia*