IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL HILL BAPTIST CHURCH,** | \| |
| **Plaintiff,** | \| |
| v. | \| Civil Action No. 1:20-cv-2710 (TNM) |
| **MURIEL BOWSER, in her official capacity as Mayor of the District of Columbia, and the DISTRICT OF COLUMBIA,** | \| |
| **Defendants** | \| |

## NOTICE OF VOLUNTARY DISMISSAL

The Parties having reached a full and final settlement of this matter, Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this action.

Dated: July 8, 2021

Respectfully submitted,

*/s/ Matthew T. Martens*
Matthew T. Martens (D.C. Bar No. 1019099)
Kevin Gallagher (D.C. Bar No. 1031415)
Matthew E. Vigeant (D.C. Bar. No. 144722)*
Andrew Miller (D.C. Bar No. 1644997)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Matthew.Martens@wilmerhale.com
*admission application pending*

Kevin Palmer (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109

- 1 -

Tel: (617) 526-6000
Fax: (617) 526-5000
Kevin.Palmer@wilmerhale.com

Hiram S. Sasser, III (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
Fax: (972) 941-4457
hsasser@firstliberty.org

*Attorneys for Capitol Hill Baptist Church*